UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOE CLAY HAMILTON AND
R. KEVIN HAMILTON                                                                PLAINTIFFS

V.                                                                NO. 4:08CV0044-HTW-LRA

PERRY G. SHUTTLESWORTH AND
THOMAS S. MOORE                                                             DEFENDANTS

## AGREED FINAL ORDER OF DISMISSAL

The Joint Motion to Dismiss With Prejudice [Doc. 15] and Notice of Endorsement by Plaintiff [Doc. 16] has come before the Court. Having considered the Motion and being fully advised in the premises, the Court finds that the Joint Motion is well taken and should be granted in all respects.

**IT IS, THEREFORE, ORDERED** that the Complaint and Counterclaim be, and they are hereby, Dismissed with Prejudice without taxation of costs, each party is to bear its own costs and attorney fees.

**ORDERED** this 8th day of October, 2008.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE

**AGREED TO AND APPROVED
FOR ENTRY:**

s/ W. Scott Welch, III
W. SCOTT WELCH, III, MB #7093

ATTORNEY FOR DEFENDANTS

 s/W. Scott Welch, III
*At the Express Direction and with the Permission of*
W. JOHN CHRISTOPHER, MSB# 6100

ATTORNEY FOR PLAINTIFF